

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00141-CV

**IN THE INTEREST OF J.L.W.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01086
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment is AFFIRMED. It is
ORDERED that no costs be assessed against appellant in relation to this appeal. *See* TEX. R. APP.
P. 20.1.

SIGNED September 22, 2021.

_____
Lori I. Valenzuela, Justice